**Order entered April 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01134-CR
No. 05-14-01135-CR
No. 05-14-01136-CR

**RALIAN BANDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-62067-M, F13-62108-M, F14-00312-M**

## ORDER

The Court **REINSTATES** the appeals.

On January 29, 2015, we granted the motion of Lori Ordiway to withdraw as counsel and ordered the trial court to appoint new counsel to represent appellant in these appeals. We have received the trial court's order appointing Bret Ordiway. Accordingly, we **DIRECT** the Clerk to add Brett Ordiway as appellant's attorney of record on these appeals.

Appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Brett Ordiway; and the Dallas County District Attorney's Office.

/s/     LANA MYERS
         JUSTICE